FILED COPY

2010 NOV -8 PM 4:17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>HUGO GALINDO GONZALEZ,<br>    aka "Chad,"<br><br>                    Defendant. | CR No. 10-10 01213<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 2422(b): Use of Facility of Interstate Commerce to Induce a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. § 2425: Use of Facility of Interstate Commerce to Transmit Information about a Minor] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 2422(b)]

Beginning on or about August 10, 2010, and continuing until on or about August 18, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant HUGO GALINDO GONZALEZ, also known as "Chad," knowingly used a facility of interstate and foreign commerce, namely, the Internet and the telephone, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense, namely, oral copulation with

another person who is under 18 years of age, in violation of California Penal Code Section 288a.

## COUNT TWO

[18 U.S.C. § 2425]

Beginning on or about August 10, 2010, and continuing until on or about August 18, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant HUGO GALINDO GONZALEZ, also known as "Chad," knowingly used a facility of interstate and foreign commerce, namely, the Internet and the telephone, to knowingly initiate the transmission of the name, address, telephone number, social security number, and electronic mail address of another individual, knowing that such other individual had not attained the age of 16 years, with the intent to entice, encourage, offer, and solicit that individual to engage in sexual activity for which a person could be charged with a criminal offense, namely, oral copulation with another person who is under 18

//
//
//
//
//
//
//
//
//
//
//
//
//

3

```
 1  years of age, in violation of California Penal Code Section
 2  288a.
 3                                           A TRUE BILL
 4
 5                                           _____
 6                                           Foreperson
    ANDRÉ BIROTTE JR.
 7  United States Attorney
 8       /s/ R. E. Dugdale
 9  ROBERT E. DUGDALE
10  Assistant United States Attorney
    Chief, Criminal Division
11
    RODRIGO A. CASTRO-SILVA
12  Assistant United States Attorney
    Chief, Organized Crime Drug
13     Enforcement Task Force

14  ANDREW BROWN
    Assistant United States Attorney
15  Deputy Chief, Organized Crime
       Drug Enforcement Task Force
16
    JENNIE L. WANG
17  Assistant United States Attorney
    Organized Crime Drug Enforcement
18     Task Force
```