January 28, 2011

Dear Honorable Judge Howard Matz,

This letter is from Hugo's parents, Guillermina Gonzalez a Jose Gonzalez. Jude Matz, as a father, all of my dreams and goals in life were to have a family. I wanted to work hard and with my hard work, help my children have all of the things that I could never enjoy. I wanted them to go to school. I wanted them to be good citizens when they got older. Hugo is the youngest of my boys and every year, I watched him grow into a responsible boy. He was obedient as a young boy and as a young man he has worked hard-always wanting to be independent. I was also very proud of the fact that he had a job as a swim instructor for children and that is something that is not easy to do and I know my son has a gift for it. With all my respect Judge, I beg of you not to take my son away to jail. Since the day that this happened we are all deeply sad and we cannot find peace in our hearts. Every day we pray for you Judge, so that you can make the best decision, a decision that will help my son get better. All of my children, Nadia, Jose, Alejandra, and Saul- we all are suffering for him because of the mistake my son made. Judge, as his mother I can only tell you that ever since this happened, I cannot find peace in my heart. I am deeply saddened and can only ask that you consider the thoughts and testimonies of so many families, neighbors, and friends. Their letters are the only way in which you can know my son-the son we all know and love. The son that made a serious mistake and is now I am asking for a second chance. My son is a hard working boy. He is a fine young man who was on a wrong path and now, we all want to help him get better. Thank you for reading these words and thank you for considering our thoughts as parents.

Jose Gonzalez and Guillermina Gonzalez

*Jose Gonzalez*

*Guillermina Gonzalez*

March 20, 2011

Dear Honorable Judge Howard Matz,

I want to apologize for what I have done to the family and the young girl. What I did was so wrong in so many ways that it goes past poor judgement. I was not thinking straight and I didn't see how I was harming her and myself by doing what I did. All of this has taught me a huge lesson about life and how for every action there is a reaction and consequences. The last seven months of house arrest have really given me time to think about how wrong I was with my actions and what brought me to this place that I am in my life now. I've realized that it was all of my fault because I am the adult that has to make the right decision which in this case I did not make the right decision. I am going to use this experience of having restrictions to change and better my life. I am seven months sober and want to keep it that way for the rest of my life. I believe that my drug use is what brought me to this part in my life. I have caused my family so much pain that sometimes its hard for me not to cry and want to to change everything I did. But I cannot change my mistake. So now I am asking for the courts, the family of the young girl, and my family to forgive me. Judge Matz, I am also asking for your forgiveness and want you to know that I am prepared to accept any punishment for my actions. The only thing that I ask of you is to consider my sincere regret for the mistake I made and know that all I want to do know is be the person I know I can be. A better person, a better person every single day.

Thank you Judge Matz.

*Hugo Gonzalez*
Hugo Gonzalez

January 20, 2011

Dear Honorable Judge Howard Matz,

My name is Nadia Gonzalez and I am Hugo Gonzalez' older sister. From the moment I learned I would have the opportunity to write to you on behalf of my little brother, I thought to myself, how can I possibly convey to this honorable member of our community-all of the things that I know and love about my brother-but more importantly, how can I help him see past my brother's mistake?

To do this, I want to first tell you about my family. My father Jose Gonzalez came here in the early 70's from his native Mexico and along with my mother, both had little more than the clothes on their back, a great love for each other, and a strong desire to raise a family that would achieve wonderful things. They sacrificed so much. Its hard to imagine what more they could have given, what more they could have done, to shape and guide us. From them we learned the value of family and faith, serving others, hard work, and respect.

We could have not have been raised with a greater love than that with which we were blessed with. And, it is because of this that as a family, we are so deeply hurt by my brothers mistake. I do not think that any of us, will ever be able to reconcile his actions with the son, and brother we know and love. What has happened is a wound that my brother and family will carry with us our entire life, and one that hurts our community, our friends, and the people that know and love us.

For me, the last couple of months have been filled with unimaginable pain, reflection, and learning. I have learned that in some measure, I fell short. I wasn't there for my little brother-not the way I could have been. Let me explain. I am 32 years old and from a very young age, I was a very driven, very determined young woman. After receiving my college degree, I worked as a journalist for a prominent Los Angeles news station. That was followed by two years as a media relations specialist for the Los Angeles Unified School District, a job from where I was recruited to manage communications for Mayor Antonio Villaraigosa's education non-profit.

I've worked very hard and my success has, and continues to bring my parents a great sense of pride. I am also very proud of what I have accomplished...but, in thinking about my brother, I cannot help but feel that somewhere along that very determined road I chose, on that road... I left him aside, I lost him.

I know that my brother is his own person and ultimately, how could I have known? How could I have imagined? Well, even though I could have never imagined he would ever make such a serious mistake-I know my brother, and for the last couple of years, things with him were never easy, mostly, there was always a struggle-a lack of communication, a disconnect. I thought about it often, and while I feel I failed to help him, he never told me how he felt...he never told me that he never felt "good enough," and that he felt like a, "loser." These thoughts were so deep within him that he has since confessed to us that he often thought about hurting himself. Today I believe that through his acts he has done so, he has hurt himself in the most serious way.

And so, after reading all of this, all I can ask is that you consider this simple wish..please let me help my little brother get better. Yes, he made a very serious mistake. Yes, everyone must be held accountable. But what is also true is that my brother has never, could never, would never hurt anyone. He made one very serious mistake but I have seen him weep, I know of his profound regret, and have seen and felt his desire to get better.

If you will allow my brother to serve his sentence outside of a jail cell, I promise that my family, and I will be there for him. We will be there with him and we know that he will never again fall short of the young man we know has always strived to be. But before he can fulfill that potential, in order for him to begin that long road to recovery, he needs a second chance. Please give my brother a second chance. Please give me, my parents, my brothers, and younger sister...a second chance.

Sincerely,

Nadia Gonzalez



**Saint Andrew's Abbey**
*A Monastery of the Order of Saint Benedict*

December 21, 2010

Re: Hugo Galindo Gonzalez: letter of support

The Honorable Howard Matz

Dear Judge Matz,

My name is Reverend Damien Toilolo. I am a 48 year old Benedictine monk and a Roman Catholic priest. I am also a long-time friend of the family of Hugo Gonzalez.

Before I entered the monastery twelve years ago, I was a teacher. At one time or another, I taught most, if not all, the Gonzalez children, including Hugo. I have also had the privilege of being a guest in their home on a number of occasions, sharing meals with them, and enjoying their good company and warm hospitality.

I have great memories of a fun-loving and thoughtful Hugo, which is why I was stunned and saddened to hear that he is in serious trouble with the law. If the ancient proverb is true that "a fruit does not fall far from the tree", then because Hugo comes from a wonderful, supportive, and loving family, I believe he has an overwhelming chance than most to overcome whatever issues there are that made him commit these criminal acts.

I too, along with the family, am willing to provide Hugo with every kind of support and encouragement to help him on his way to healing and wholesome living because I believe in him and I know what he is capable of achieving. I also know some good psychologists and counselors who would be willing to help in any way they can.

I believe without a shadow of a doubt that if given the chance to actively work with professionals on the unresolved issues in his life, Hugo, with the loving support of his family and good friends, can become more completely whole again, and will again be the fun-loving, playful, and thoughtful person I know he is.

Please feel free to contact me at any time regarding the contents of this letter.

Sincerely yours,

*Fr. Damien Toilolo, O.S.B.*
Reverend Damien Toilolo, O.S.B.

31001 North Valyermo Road · Valyermo, California 93563-0040
Mailing Address: Post Office Box 40 · Valyermo, California 93563-0040
(661) 944-2178 · Fax (661) 944-1076 · www.valyermo.com

January 22, 2011

Subject: Character Reference – Hugo Gonzalez

Your Honor,

I understand that Hugo Gonzalez is pleading guilty to the charges brought against him.

The purpose of this letter is to provide a character reference for Hugo Gonzalez, whom I have known as my son's swim instructor, and personally for a period of one year. Having gotten to know Hugo so well over the past year, I believe puts me in a position to provide you with an accurate assessment of his character.

I am a mother of a five-year old boy, and I am kindergarten teacher at St. James Catholic School in Torrance, California. I first heard about Hugo Gonzalez through a referral from one of my student's parents. Hugo was highly recommended as, "one of the best" swim instructors at the Spectrum Fitness club, in Redondo Beach, California. I met Hugo Gonzalez when I decided to sign-up my five-year old son, Bradley for private swim lessons. I was very pleased to meet him. I felt very comfortable after speaking with him about my son's fear of the water. Hugo reassured me that he would work diligently to teach my son to swim, and that one day he would love to swim.

As a swim instructor, Hugo was honest, respectful, responsible, and caring. Hugo was very kind and patient. He was hard working, and highly committed to teaching my son how to swim. He communicated with my son, and with me before, during, and after each swim lesson. He was professional, and very compassionate when he taught Bradley how to swim. He had a great rapport with my son. Bradley trusted Hugo and he felt very comfortable with his method of instruction. My son and I have numerous pictures and video to prove it. When I recently asked Bradley about Hugo, he responded, " I like swimming now because I like to go on kick boards. I like doing things that are fun in the water- because HUGO taught me." My son loves to swim- because Hugo Gonzalez is a compassionate person and an outstanding swim instructor.

Hugo Gonzalez is an honest, kind, and hard working young man. Throughout months of swim lessons, I got to know him on a personal level. I can attest to the fact that he is a good person, and I will never lose the respect I have for him. I am proud to know Hugo Gonzalez and would be happy to testify on his behalf. Please feel free to contact me if you have any questions.

Thank you for your time.

Respectfully,
Denise Spencer
Denise Spencer
(310)-902-8807

Judge Howard Matz,

I am writing this letter with respects to Hugo G. Gonzalez.

My name is Alejandra Gonzalez and I am proud to say that I am Hugo's youngest sibling. I am 18 years old and am currently in college studying Business Administration. Throughout my life, Hugo and I have not always got along. Similar to most siblings we've had our arguments, however, we have always had a good relationship. I cannot lie and say that my brother has been perfect throughout his life, but he has truly been someone I could always count on and look up to. I have never admired anyone's perseverance to succeed in life like I do his. I have seen first hand his abilities to succeed in anything he puts his mind to. He has been an outstanding Swim coach, musical DJ, Swim instructor, Best friend, and Brother. This past summer we worked together at the Spectrum Athletic Club in Redondo Beach, and I personally saw the talent he had to work with children of all ages, as well as adults. Hugo has been a swim instructor for many years and has a lot of experience. I on the other hand, had no idea what I was getting myself into. I was terrified on the first day, but having my brother there to watch over what I was doing, and give me some advice was something I was grateful for. His talent of working with children was automatically noticed by any person who watched him. He had the ability to make the kids laugh and enjoy every lesson, and this reflected in the love the children and their parents gave him. Hugo's love for music was another quality I admired. He was recently trying to start his own production company and was doing well.

I understand everything about this case and how it would seem that someone like him could be a danger to society. However, any person that has met my brother and truly knows him, knows that he would never hurt anyone. My family has gone through this pain with him since the day we found out about it, and we will continue to do everything we can do to help him through this process. It has been extremely hard for all of us to go through this, but I would relive this painful situation a thousand times if I knew I could have my brother home now and in the future. My family has always been known for being a very close knit family, and that is what we truly are. The day that my brother was arrested, I will never forget what one of the officers said to me. He told me I should not be worried, because my brother was the one who had made the mistake, and I would not be in trouble. However, what many fail to notice is that my family does not work that way. When something happens to one of us, we all share the pain, and do not give up until we get through it. My home has been the best place for my brother to be. Surrounded by only the best influences that encourage him to stay positive and see that everything is going to be okay, no matter what happens. My parents have instilled kindness, responsibility, integrity, and so many more great qualities in each and every one of us, leading us on a straight path to live our lives as they did. After all of this happened, I thought the effect on my family was going to be the opposite, but we have grown to be stronger and support each other every single minute of the day. I ask that you take all of this into consideration when deciding upon my brothers punishment. I know he has to pay for what he has done, but I am more than sure, and would sign everything away to ensure you that my brother would no longer be a harm. Thank you for your time.

Thank you,

Alejandra Gonzalez

Honorable Judge Howard

My name is José González brother, friend, and co-worker during several years I worked side by side with Hugo Gonzalez. I remember those summers where we all grew up being active in every sport you could think of. I bring this up because Hugo's ability to pick up a sport such as swimming or soccer was incredible. His dedication and eagerness to learn quick set him apart from the rest. When he first got me the job at Spectrum Health Club as a swimming instructor I remember how all his piers as well as parents praised Hugo's work and quickly i began to see first hand why year after year these same parents signed their children up with him. I've witnessed children in tantrums and reduced to tears because their parents weren't able to sign them up in time with Hugo. I remember thinking to myself what is it that he does that makes these parents and children request him every summer. Watching him teach was a thing of art and not something just anyone can do. The patience, dedication, and will that he transmitted in the water to each one of his students was why they came back to him year after year.

Hugo has always excelled at anything he puts his mind too wether its fixing cars, learning surfing, teaching children how to swim with special needs, or learning how to dj. Although we have never agreed on many things or liked the same kind of thrill seeking activities because of my lack of courage. His commitment to succeed and enjoy activities that something I have always admired in him.

That is why I have no doubt that "we" will overcome and climb this mountain together. We have never been this united and close to each other since we were a young family. I agree that my brother has made a huge mistake one that has not only hurt him but more importantly those that love him and care for him and in no way do we condone his actions. But in life everyone makes mistakes, some bigger than others. But these mistakes wether minor or significant can be learned from. Many things have remained a constant throughout this ordeal. Love, faith, compassion, and strength that God has given us through these difficult times. There is a famous saying that is commonly used in many latin american countries, "Dios aprieta pero no ahorca" which in english means " God squeezes but doesn't choke"- meaning that God can be hard on

you, and put you in difficult circumstances, but not so much that you asphyxiate. He is hard on you but he doesn't kill you. If there is one thing that I am absolutely sure about is that my brother will once again be the fun, loving, energetic, kind, patient, hard working, talented young man that I have the honor of being related too. He needs to know that he is not in this alone and that we will be there for him every step of the way, just like we have been through the whole situation. I cant express in words how much love and faith can change a persons outlook in life. This is why I sincerely believe that Hugo will once again be able to smile and fully recover from this ordeal, because he has something going for him that no one else does and that is a loving family that stands by him during the good times and more importantly the bad times. So I ask your honor that you take into consideration the amount of support that Hugo has received from his family and all those that have been part of his life, and please give him a second chance to prove what a wonderful young man he is.

Thank You,

Jose Gonzalez

Dear Honorable Judge Howard Matz,

My name is Saul Gonzalez I am one of Hugo's older brothers, friend, and co worker in various locations where we worked side by side as swim instructors. I am currently employed by First Steps For Kids, Inc where I am a Lead Instructor in behavior intervention; My goal is to make a difference in the lives of children with autism and related disorders. As one of Hugo's four siblings I have witnessed Hugo grow into an independent, courageous, and very hard working young man. From childhood to adulthood, from sneaking all my vegetables and broccoli onto his plate at the dinner table so mom would let me leave the table to play, to working by his side at the pools summer after summer.

As a swim instructor, Hugo's work ethic was excellent and his ability to connect with his students was unmatched. My brothers patience to teach and his hard work are only a few of his character traits and reasons why Hugo was so highly requested as a swim instructor for the Spectrum Athletics Club. Not only did Hugo excel in his part time job as a swim instructor for many years, but also as a disc jockey. I have always believed that Hugo can succeed and accomplish his goals to anything he sets his mind to. I clearly remember the conversation we had about how he wanted to buy turn tables so he could learn the art of being a disc jockey. At the time, he only had enough money to buy himself the turn tables. Later that week I was driving back home from work and I noticed two large speakers sitting on a lawn in a yard sale. I bought Hugo his first pair of speakers so he could pursue the goal he had set out to reach.

Hugo and I haven't always been the closest of brothers because we didn't share many of the same hobbies and past times. Hugo loves surfing, motorcycles, and skateboarding. Mostly extreme sports I've always been too scared to try. I have always admired Hugos ability to take on new challenges and conquer them successfully.

It is without a doubt that Hugo has committed a great mistake. A mistake that has affected our family and the vast amount of people whose lives he's been such a big part of. Ranging from close family friends to the large list of parents and children whose lives were improved just by having Hugo as their child's swim instructor. Not one of us is capable of turning back the hands of time but each and everyone one of us is very

much capable of shaping our future. It is also true, in my opinion, that from the past we learn of our mistakes and in the future we do our very best to keep these mistakes from happening again. In the past few months I have been there for Hugo and will continue to be there for him as a brother and a friend. I will always be there to support him and guide him through the good times and the bad times. I do not condone the actions for which my brother was charged, but I stand by him and will do everything in my power to see that we all get through this together as a family. We are all human and we all commit mistakes and are not perfect in any sense of the word, but my brother Hugo deserves a second chance. He is a genuinely good person with a big heart who's action landed us all in an ugly situation to say the least. I say "all" because Hugo has not been nor will he be alone throughout these trying times. We have all been here with unconditional support and will continue to support him. Please consider the immense amount of support Hugo has received as a token of how much he means to so many people. I believe in my brother and ask you to give him a second chance.

Thank you,

Saul Gonzalez

Judge Howard Matz,

Hi,

I'm Karla Velasco and I was Hugo's ex girlfriend. I honestly don't know where to start. Pretty much ive known hugo since we were little kids at school. Ive always had the biggest crush on him since the very moment I meet him. Sad to say it wasn't the same with him, he knew that I liked him and he would always make fun of me or would make me jealous with other girls in class. Even though he did all of that and more I still had a crush on him and liked him even more throughout the years. So my parents decide to switch me schools and since then I lost contact with Hugo. Couple years pass by and I finally got the guts to call him and see what he was going to do for forth of july that night. We spoke and meet up be Wilson park, and ever since that night we started getting to know each other and eventually he asked me to be his girlfriend. Hugo was a great boyfriend over all, he brought me around his family for thanksgiving and his family welcomed me with open arms. His family knew that we went to school together so it wasn't like they didn't knew who I was.

Hugo wouldn't fight with me or argue with me while we were a couple. He always understood where I was coming from, He would help me in anything and every way he could. Basically he was an awesome boyfriend to have. He got along great with my family, cousins, aunts, uncles, pretty much everyone in my family loved him. He was there for birthdays and just barbeques with the family. Our relationship was great. But then I don't know why, but I started feeling like I wanted to meet other people and just go out in see whats out there. So i told him that I wanted to concentrate on school, which was true, and pretty much meet other people. So we broke up and he would try to call me and get back together but I just didn't want to. I don't know why, I don't understand why I did what I did but I did regret it.

I ended up being with this other guy and getting pregnant with him, and had a baby girl who is 3 now. 3 years ago I got in contact with hugo again and wanted to rekindle my feelings with him. I knew that I hurt him from breaking up with him and him finding out that I got "married" and had a kid with him. So he pretty much gave me a hard time which I understood where he was coming from. So I stuck around to see if I could break him in to letting us start over again. He wouldn't let me, I would cry to him and try to see him everytime I could. I apologized many many many times and he just wouldn't budge. In a way I understood but at times I didn't because I did explain that it was a childish mistake by breaking up with u when I was only 15 years old. He didn't see it that way so I was pretty much done trying. The sad part for me was that everytime he would call to "hang out" I would go running to him. We argued a lot to where

he would use vulgar words to me but deep down inside I knew that he was hurt n just not going through the "right path" so I put up with it.

Until it just got to the point to where I couldn't do this anymore so I deleted his number and just blocked him out of my life. Ive always loved him and will always love him no matter. When I found out about this situation I knew that I had to be there for him and his family, even though hugo and I went through some hard times I do love him. Ive been there and will be there for him and his family.

Hugo is a hard working man who comes from an amazing family, who loves him and would do anything for him. Especially in times like this. Hugo is an amazing friend, brother, and son, who just made a stupid mistake. He was under the influence and just wasn't thinking straight. He knows he did wrong and understands the consequences but overall hugo is an amazing guy who doesn't deserve all this punishment.

The relationship that hugo and I have is good right now, we talk here and there on the phone n I go see him when I can. I can say now that he is a different person for good. I know that he wants to change for himself and his family to prove that he is not the person everyone thinks he is because of one mistake he made.

I know that this letter may not make sense in some areas but I did try to put down part of our history and present. I wanted to write down some of my feelings in here but it was hard. Well thank you for taking your time into reading my letter.

Karla Velasco *[signature]*

310-427-2809

January 24, 2011

Dear Honorable Judge Howard Matz,

I hope you will fully read and take into consideration the following sincere plea.

My name is Jose Martin. I am a 32-year-old chemical engineer and I am currently employed at Renolit Corporation in the city of Commerce.

I have known Hugo Gonzalez and the Gonzalez family for 16 years now. My parents and Hugo's parents grew up together in their hometown of Tepatitlan, Jalisco, Mexico. People from this town are taught from an early age that hard work, humbleness, loyalty, and respect are some of the utmost qualities and moral values that every person needs to possess. These great qualities and moral values are then passed on to their children, and to their children's children, and so on. The Gonzalez family is definitely a prime example of this tradition and it can be witnessed by the hard work and dedication of the oldest child, Nadia Gonzalez, who currently takes on the role of Sr. Manager of Community Affairs, to the youngest child, Alejandra Gonzalez, who currently attends college and who strives to become a professional. The Gonzalez family has always prospered as being one of the most respectful and loyal families that I have known and will go out of their way in helping any individual in need. In addition, the Gonzalez family, with their hard work and dedication, has proven to be ideal citizens that possess great human qualities.

I have always admired Hugo Gonzalez for being very independent, hard working, responsible, loyal, and mature at a young age. I have seen Hugo grow and prosper as a human being. From serving as an altar boy at Saint Philomena Catholic Church to working as a swimming instructor for kids at the Spectrum in Redondo and Manhattan Beach, his hard work and dedication has been highly recognized by parents and peers. Parents of the children receiving swimming lessons from Hugo came to admire him. They loved Hugo and would go out of their way to make sure that their children were placed in his swimming classes. In addition, Hugo Gonzalez's hard work and dedication has been shown by holding multiple jobs as a swimming instructor and disc jockey.

The situation that Hugo Gonzalez is currently in has been very surprising for my family and I. I agree that the punishment for his act should not be taken lightly. However, I also believe that there are other forms of punishment like therapy, rehab, community service, and volunteer work that may produce a more positive outcome. Hugo Gonzalez has a clean record, no prior convictions. He is not a murderer. He is just a 24-year-old young adult that made a mistake. I have always been a responsible adult, but when I think back to when I was 24 years old, I did not always make wise decisions. Again, I understand the severity of his actions, but I truly believe that imprisonment is too harsh of a punishment for an act that was consensual. Hugo Gonzalez has definitely learned his lesson, and I only hope that the young girl has also learned to take responsibility for her actions.

An example of someone committing a similar type of act is my fiancée's young nephew. He was accused of performing a similar act in the state of Nevada. But, instead of serving many years behind bars, he received the help he needed through therapy and community service, and is currently attending Nevada State University and is on his way to becoming a promising psychologist. This goes to show that with the right help, and if geared in the right direction, something positive for the community may result from something negative.

There is no lesson that Hugo Gonzalez could learn in prison that he could not learn in therapy or rehab. I do not believe that the imprisonment of Hugo is a demonstration of justice nor a fair punishment for his crime. He is a great person. You were not allowed the opportunity to see Hugo Gonzalez the human, only the name on a legal document. I do not just support him for being my friend. I support him as a human being who, flaws included, has demonstrated so much hard work, humbleness, loyalty, and respect.

I am asking you to have mercy on Hugo Gonzalez and the Gonzalez family and reverse or lesson your decision for him to serve time. He is a good soul and has much to offer the world that cannot be achieved if imprisoned for such an amount of time. Please rethink and lesson this sentence.

Thank you very much for your time.

Sincerely,

*Jose Martin*

Jose Martin