RICHARD E. NAHIGIAN (SBN 45675)
Attorney at Law
1122 East Green Street
Pasadena, California 91106
Telephone: (626) 683-3991
Facsimile: (626) 796-2554

Attorney for Defendant
HUGO GALINDO GONZALEZ

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>HUGO GALINDO GONZALEZ,<br><br>Defendant | CASE NO.: CR10-02213-PA<br><br>DEFENDANT GONZALEZ'S SUPPLEMENTAL SENTENCING MEMORANDUM<br><br>Date:<br>Time:<br>Dept.: Courtroom of the HONORABLE PERCY ANDERSON, UNITED STATES DISTRICT COURT JUDGE |

    Defendant Hugo Gonzalez hereby submits the following attachment consisting of a letter from Jason Bell in support of the Sentencing Memorandum.

DATED: APRIL 4, 2016        Respectfully submitted,

                                            _____
                                            RICHARD E. NAHIGIAN
                                            Attorney for Defendant
                                            HUGO GALINDO GONZALEZ