

ASSOCIATED STUDENTS INC, SFSU

PROJECT REBOUND

April 4, 2016

**To:** whom it may concern

**From:** C. Jason Bell, MS
Director, (ASI) Project Rebound
San Francisco State University

**RE:** Letter of Support for Hugo Gonzalez

    Professor John Irwin created Project Rebound to help formerly incarcerated men and women to matriculate into San Francisco State University with the intention to show that education is a viable alternative to incarceration and recidivism. Our program offers a variety of support services to our students and prospective students, including but not limited to application and admission processing, financial aid assistance (educational grants, scholarships, federal loans), professional counseling, tutoring, and in some cases housing and transportation assistance. As the director of this program who has helped thousands of formerly incarcerated individuals graduate from San Francisco State University (SFSU), I feel obliged to write on behalf of Mr. Gonzalez in order to express my support for successful reintegration.

    At this point Mr. Gonzalez has been in correspondence with us and expressed a true desire to want to pursue his education. We are prepared to support him in his efforts and I truly hope that his positive future goals are considered. Currently we are waiting for a copy of his academic transcripts so that we can do a college assessment for Mr. Gonzalez before his release.

Truly,

*C. Jason Bell*

1650 HOLLOWAY AVENUE, CCSC T-138
SAN FRANCISCO, CA 94132-1722
(415) 405-0954   FAX (415) 338-0522